UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America )
)
)
Plaintiff, )
)
v. )
) S2 17-CR-371 (GBD)
Sergio Ortiz )
)
)
Defendant. )
)
)

### ORDER RECOMMENDING THE FEDERAL BUREAU OF PRISONS ("BOP") DESIGNATE A NEW YORK STATE CORRECTIONAL INSTITUTION AS THE FACILITY WHERE SERGIO ORTIZ WILL CONTINUE TO SERVE HIS FEDERAL SENTENCE

WHEREAS, the Court sentenced Sergio Ortiz in this matter to forty-eight months' imprisonment on October 15, 2019, following his guilty plea to one count of conspiracy in violation of 18 U.S.C. § 371;

WHEREAS, the Court, as part of Mr. Ortiz's sentence, ordered that Mr. Ortiz's federal sentence run concurrent to a state sentence imposed on Mr. Ortiz on September 24, 2019;

WHEREAS, Mr. Ortiz has remained in federal custody since his sentencing and, therefore, is not able to receive the benefit of the Court's prior order for concurrent sentences.

**IT IS HEREBY ORDERED** that the Court recommend that the BOP promptly designate an appropriate New York State correctional institution as the facility where Mr. Ortiz will continue to serve his federal sentence and transfer Mr. Ortiz to state custody. The Court requests that the government convey this recommendation to the BOP.

Dated: __AUG 1 0 2020__, 20
      New York, New York

                                            SO ORDERED.

                                          *George B. Daniels*
                                          Hon. George B. Daniels
                                          United States District Judge